# EXHIBIT 1

## COLLECTIVE ACTION SETTLEMENT AGREEMENT AND RELEASE

Subject to the approval of the Court and pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA"), this Collective Action Settlement Agreement and Release ("Settlement Agreement"), including the attached Exhibits, is entered into between: (a) Named Plaintiff Diana Geary (referred to in the Settlement Agreement as "Collective Representative," "Named Plaintiff," or "Plaintiff"), on behalf of herself and on behalf of each of the Collective Members; and (b) Consumer Cellular, Incorporated ("Consumer Cellular" or "Defendant"). As provided below, the Parties hereby stipulate and agree that, in consideration of the promises and covenants set forth in this Settlement Agreement and upon the Effective Date, these Actions shall be settled and compromised upon the terms and conditions set forth in this Settlement Agreement. This Settlement Agreement is intended by the Parties to fully and finally compromise, resolve, discharge, release, and settle the Released Claims and to dismiss this Action, subject to the Court's approval and to the terms and conditions set forth below, and without any admission or concession as to the merits of any claim or defense by any of the Parties.

The Parties will seek to resolve this Action under the FLSA using a one-step approval process. If the Court approves the one-step process as provided herein, Settlement Collective members will be issued individual payments. Settlement Collective members shall not be required to submit a claim form to participate in this settlement. All Settlement Collective members will be bound by the Court's Judgment regardless of whether they cash or deposit their individual payments.

1. **Definitions**

    1.1    Action: means the above-captioned lawsuit, *Diana Geary v. Consumer Cellular Incorporated*, Case No. CV-21-00699-PHX-DLR in United States District Court for the District of Arizona.

    1.2    Agreement or Settlement Agreement: means this Collective Action Settlement Agreement and Release, including all Exhibits attached hereto.

    1.3    Attorneys' Fees and Costs: means such funds as may be awarded by the Court to Plaintiffs' Counsel to compensate them for their fees in the amount of $48,709.60, plus costs, and expenses in connection therewith, as described more fully below.

    1.4    Plaintiffs' Counsel: means Jacob Rusch and Zackary Kaylor of Johnson Becker, PLLC and Richard Traulsen of Begam Marks & Traulsen, P.A.

    1.5    Collective Member: means the 401 individuals who submitted Consent to Sue Forms and joined this action and who are current or former Customer Service Representatives of Consumer Cellular, Incorporated who did not execute an Arbitration Agreement and who were employed with Consumer Cellular during the Covered Period. The Collective Members shall be collectively referred to as the "Settlement Collective."

    1.6    Collective Representative or Named Plaintiff: means Diana Geary.

    1.7    Court: means the United States District Court for the District of Arizona.

    1.8    Covered Period: means from April 22, 2018 to April 22, 2021.

1.9     Defendant: means the Defendant in this lawsuit, Consumer Cellular, Incorporated.

1.10     Defense Counsel: means Gordon Lewis and David C. Potts of Jones, Skelton & Hochuli, PLC.

1.11     Effective Date: shall be the first day after the first date on which all of the following have occurred:

   1.11.1 Plaintiffs and Defendant's duly authorized representatives have executed this Agreement;

   1.11.2 The Court has entered an order granting final approval of the settlement that is the same in all material respects as that set forth in this Agreement.

1.12     Final Approval Order and Judgment or Final Approval: means the final order to be entered by the Court that grants final approval of the settlement and enters judgment dismissing these Actions with prejudice and that: (i) conforms to this Settlement Agreement; (ii) approves the settlement and the Settlement Agreement as fair, adequate, and reasonable; and (iii) issues such other determinations as the Court or the Parties deem necessary and appropriate in order to approve the settlement and implement the Settlement Agreement

1.13     Party or Parties: means the Named Plaintiff, Collective Members, and/or Defendant.

1.15     Released Claims: mean any and all claims, demands, causes of action, rights to relief, fees and liabilities of any kind, whether known or unknown, either that were asserted in or could have been asserted in the Action, that the Collective Members have or may have against any of the Releasees (as defined below), from the beginning of time through the Final Approval date, including, but not limited to, all claims under common law contract, tort, or other law, as well as all claims under federal, state, local, or foreign laws, including but not limited to all claims arising under Arizona, Oregon, or other applicable state's wage and labor laws; Arizona, Oregon, or other applicable state's common law; Arizona, Oregon, or other applicable state's administrative law; or Arizona, Oregon, or other applicable state's statutory law that are derivative of, or in any way related to, any wage and hour, overtime, benefits or other claims based on the Collective Members' alleged uncompensated boot-up and log-in time; any other claim allegedly arising from Collective Members' alleged uncompensated boot-up and log-in time; and any penalty, interest, or additional damages or costs which arise from or relate to the claims described above under applicable federal, state or local laws, statutes, or regulations.

1.16     Releasees: means Consumer Cellular, Incorporated and any and all current and former parents, subsidiaries, related companies or entities, partnerships, joint ventures, or other affiliates, and, with respect to each of them, all of their predecessors and successors, benefits plans and programs, insurers, contractors, subcontractors, successors, and assigns, and, with respect to each such entity, any and all of its past, present, and future employees, trustees, officers, directors, stockholders, owners, representatives, assigns, attorneys, administrators, fiduciaries, agents, insurers, trustees, and any other persons acting by, though, under, or in concert with any of these persons or entities and their successors and assigns.

1.17    Settlement Payment: means the total of One Hundred and Fifty Thousand Dollars ($150,000.00) to be paid by Defendant to Collective Members and Plaintiffs' Counsel no later than thirty (30) days after the Effective Date. The checks comprising each Collective Member's individual payments and Plaintiffs' Counsel's attorneys' fees and costs shall be mailed to Johnson Becker, PLLC, 444 Cedar St, Ste. 1800, St. Paul, MN, 55101.

**2.**    **Jurisdiction**

2.1    The Court has jurisdiction over the Parties and the subject matter of this Action.

2.2    If the Settlement Agreement is fully and finally approved, the Court will dismiss the Action with prejudice.

2.3    The Parties stipulate that, for settlement purposes only, the Settlement Collective satisfies the requirements of Section 216(b) of the FLSA, and therefore approval of this Settlement Agreement is appropriate. In so stipulating, Defendant does not waive or abandon any arguments it may have that decertification of the FLSA collective action is proper. Defendant's consent to conditional certification for settlement purposes only is in no way an admission that Section 216(b) certification would be proper absent a settlement.

2.4    Failure to obtain Final Approval of this Settlement Agreement in the same or substantially similar formats proposed to the Court, including, but not limited to, any failure as a result of any appeal of the Court's Final Approval Order and Judgment, will cause this Settlement Agreement to be void and unenforceable and to have no further force and effect.

**3.**    **Statement of No Admission**

3.1    Defendant denies liability upon any claim or cause of action presented or alleged or that could have been presented or alleged in the Action, and Defendant denies that the Collective Members are entitled to relief of any kind in this Action.

3.2    This Settlement Agreement does not constitute an admission by Defendant as to the merits, validity, or accuracy of the allegations or claims made against it in the Action and may not be construed as or deemed an admission of liability, culpability, negligence, willfulness, or wrongdoing on the part of Defendant.

3.3    Nothing in this Settlement Agreement is intended by the Parties or may be used by anyone for any purpose inconsistent with this Settlement Agreement, or may be introduced in any way as evidence, to show or establish any misconduct, or improper practices, plans, or policies, or any violation of any federal, state, or local law, statute, ordinance, regulation, rule, or executive order, or any obligation or duty at law or in equity. Notwithstanding the foregoing, this Settlement Agreement may be used in any proceeding in this Court that has as its purpose the enforcement of the Settlement Agreement.

**4.**    **Claims of the Plaintiff and Benefits of Settlement**

4.1    Plaintiff believes that the claims asserted in the Action have merit and that the evidence supports her claims. However, the Parties recognize and acknowledge the expense, complexities, and length of continued proceedings necessary to prosecute the Action through trial and through appeals, along with the uncertain nature of certain damages and affirmative defenses.

4.2     The Parties have considered the uncertain outcome and the risk of this Action, especially the multi-party, collective, and proposed class action components of this Action, as well as the difficulties, delays, and risks of collection inherent in litigation.

4.3     Plaintiff and Plaintiffs' Counsel believe that the Settlement Agreement confers substantial benefits upon Plaintiff and the Collective Members and is fair, reasonable, adequate, and in the best interests of Plaintiffs and the Settlement Collective Members.

**5.      Waiver, Release, and Dismissal**

5.1     Upon the Effective Date, all Settlement Collective Members will be bound by the terms and conditions of this Settlement Agreement.

5.2     Upon the Effective Date, each Collective Member, on behalf of themselves and their respective agents, representatives, executors, estates, heirs, administrators, attorneys, insurers, successors and assigns shall be deemed to have forever released and discharged the Releasees from any and all Released Claims, shall covenant not to sue the Releasees with respect to any Released Claims, and will be permanently and forever barred from suing or otherwise asserting any Released Claim against any of the Releasees.

5.3     In exchange for this release of claims by the Collective Members, Defendant will make the Settlement Payment within thirty (30) days after the Effective Date. At its discretion, Defendant may make the Settlement Payment sooner.

5.4     Notwithstanding any other provision of this Settlement Agreement, nothing in this Settlement Agreement is intended to restrict any Collective Member from contacting, assisting, or cooperating with any government agency; provided, however, that no Collective Member shall seek or accept damages, reinstatement, or similar personal relief as to any Released Claim.

5.5     Plaintiff represents and warrants that she has not sold, assigned, pledged, or otherwise transferred any Released Claims.

5.6     It is agreed that because the Settlement Collective members are so numerous, it is impractical to have each Settlement Collective member execute this Agreement. Plaintiffs' Counsel represent that in the Consent to Sue forms signed by the Settlement Collective members, each Opt-In Plaintiff consented to be represented by Named Plaintiff and Plaintiffs' Counsel and delegated authority to the Named Plaintiff and Plaintiffs' Counsel to agree to a settlement on their behalf. Pursuant to this authority, Named Plaintiff's and Plaintiffs' Counsel's signatures below are made on behalf of each Opt-In Plaintiff, and this Settlement Agreement shall have the same force and effect as if this Agreement were executed by each Opt-In Plaintiff. Plaintiffs' Counsel warrant and represent they are expressly authorized by the Opt-in Plaintiffs whom they represent to negotiate this Agreement and to take all appropriate action required or permitted to be taken pursuant to this Agreement to effectuate its terms, and to execute any other documents required to effectuate the terms of this Agreement. Plaintiffs' Counsel further represent that through the date they execute this Agreement, they do not represent any current or former employees of Defendant who would not be covered by this Agreement.

5.7    Plaintiffs' Counsel will mail the Settlement Notice, attached hereto as **Exhibit B**, and the settlement checks via regular first-class U.S. Mail. Returned settlement checks will be re-mailed if a forwarding address can be located using skip trace or other standard measures.

6.    **Settlement Payments to Collective Members**

6.1    Settlement Collective members' payments will be made in accordance with the schedule provided in **Exhibit A**, listing each individual Collective Member's alleged unpaid wages and liquidated damages. Defendant shall cut two checks for each Settlement Collective member as described below.

6.2    For income and payroll tax purposes, the Parties agree that fifty percent (50%) of each Collective Member's individual payment shall be allocated as wages (which shall be subject to legally required withholdings and deductions and reported as wage income on a Form W-2 in the year of payment), and the remaining fifty percent (50%) of each payment shall be allocated as non-wages (which shall not be subject to withholdings and deductions and shall be reported as non-wage income on a Form 1099 in the year of payment). Defendant shall be separately responsible for payment of the employer's share of applicable payroll taxes on the wage portion of the payments to Settlement Collective members.

6.3    Named Plaintiff shall receive a Service Award in the amount of $1,000.00. The Service Award will be paid for Named Plaintiff's time and effort spent conferring with Plaintiffs' Counsel, filing and pursuing the Action, communicating with Opt-in Plaintiffs, producing documents, and resolving the Action on behalf of all Settlement Collective members. The Service Award shall be subject to Court approval and shall be paid from the Settlement Payment. Defendant agrees not to oppose an application for a Service Award, so long as it is consistent with the provisions of this Agreement. This Agreement is not contingent upon the Court's approval of the requested Service Award, and any amount requested for a Service Award not approved by the Court shall become part of the Settlement Payment. The Service Award will be reported on a Form 1099 and no withholdings shall be taken.

6.4    Settlement Collective members will have 120 days after the issuance of the settlement checks to cash or deposit their checks. If any Settlement Collective member's settlement checks are not cashed or deposited within that period, the checks will be void ("Void Date"). Any Settlement Collective member whose checks were not cashed or deposited will be deemed to have waived irrevocably any right or claim to their payment from the Settlement Payment, but the Settlement Agreement and release of claims nevertheless will be binding upon the Settlement Collective member as the Parties jointly agree that valid consideration for the same is the offer of monetary consideration by means of this Agreement and mailing of the settlement checks. Any uncashed funds will be donated to Meals on Wheels.

6.    **Attorneys' Fees and Costs**

7.1    The total attorneys' fees and reasonable litigation costs shall be $48,709.60. Defendant will not oppose Plaintiffs' Counsel's request for Court approval of a fees and litigation costs award in this amount. This Agreement is not contingent upon the Court's approval of Plaintiffs' Counsel's fees, costs and expenses, and any amounts that are not approved for fees and

litigation costs shall become part of the Settlement Payment. The Parties agree that the Settlement Payment includes the attorneys' fees and costs incurred by Plaintiffs' Counsel as a result of this action and agree that these fees are reasonable and appropriate. Plaintiffs' Counsel's attorneys' fees and costs will be reported on a Form 1099 to Johnson Becker, PLLC.

7.      **Miscellaneous Provisions**

8.1     The Parties agree to take all steps as may be reasonably necessary to secure approval of the Settlement Agreement, to the extent not inconsistent with its terms, and will not take any action adverse to each other in obtaining Court approval, and, if necessary, appellate approval of the Settlement Agreement in all respects.

8.2     Plaintiff and Defendant's signatory hereby represent that they are fully authorized to enter this Settlement Agreement and bind the Parties hereto to the terms and conditions hereof.

8.3     The Parties agree to fully cooperate with each other to accomplish the terms of this Settlement Agreement, including, but not limited to, execution of such documents and to take such other action as may reasonably be necessary to implement the terms of this Settlement Agreement. The Parties to this Settlement Agreement shall use their best efforts, including all efforts contemplated by this Settlement Agreement and any other efforts that may become necessary by order of the Court, or otherwise, to implement and support this Settlement Agreement and the terms and conditions set forth herein.

8.4     Plaintiffs' Counsel will use their best efforts for, will cooperate with Defense Counsel on, and will exercise good faith in obtaining the most participation possible in the settlement and to otherwise implement and support this Settlement Agreement and the terms and conditions set forth herein.

8.5     As soon as practicable after execution of this Settlement Agreement, Plaintiffs' Counsel shall, with the assistance and cooperation of Defendant and Defense Counsel, take all necessary steps to secure the Court's final approval of this Settlement Agreement.

8.6     The Parties agree to a stay of all proceedings in the Action(s), except such proceedings as may be necessary to complete and implement the Settlement Agreement, pending Final Court Approval of the Settlement Agreement.

8.7     This Settlement Agreement shall be interpreted and enforced under federal law and under the laws of the State of Arizona without regard to its conflicts of law provisions.

8.8     Defendant will not communicate with Collective Members about the settlement, except to direct questions to Plaintiffs' Counsel.

8.9     Upon stipulation or with Court approval, the Parties may alter the above dates or time periods.

8.10    All the Parties acknowledge that they have been represented by competent, experienced counsel throughout all arms-length negotiations which preceded the execution of this Settlement Agreement and that this Settlement Agreement is made with advice of counsel who have jointly prepared this Settlement Agreement.

8.11     The terms of this Settlement Agreement are confidential until it is filed in the Court. Even after the Settlement Agreement is filed with the Court, the Parties agree to keep the exact amount of the Settlement Payment and the amounts paid to each individual Settlement Collective Member confidential. This includes not publicizing or disclosing the specific monetary amounts each individual is to receive under this settlement, either directly or indirectly, that is, through agents or any other person or entity to any media, including on the internet and social media including, but not limited to Facebook, Twitter, personal blogs and websites, the public generally, or any individual or entity. If asked about the status of the Action, Collective Members may state that it has been settled or resolved. Notwithstanding the above, counsel for any party may take actions to implement this Settlement Agreement, including publicly filing it with the Court and issuing any notice required by the Court. Further, notwithstanding the foregoing, Settlement Collective Members may also disclose financial information concerning this Settlement Agreement to their respective immediate families, counsel, and tax advisors who have first agreed to keep said information confidential and to not disclose it to others. Plaintiffs' Counsel agrees to keep the exact amount of the Settlement Payment and the amounts paid to each individual Settlement Collective Member confidential. The foregoing shall not prohibit or restrict such disclosure as is required by law or as may be necessary for the prosecution of claims relating to the performance or enforcement of this Settlement Agreement and shall not prohibit or restrict Settlement Collective Members or Plaintiffs' Counsel from responding to any inquiry about this Settlement Agreement, the Action, or its underlying facts and circumstances by any governmental agency, or any regulatory organization. To the extent permitted by law, with respect to any such disclosure pursuant to the foregoing sentence, Settlement Collective Members and Plaintiffs' Counsel shall provide Defendant with as much notice as possible of any request to make any above-described disclosure, and will use best efforts to ensure that if such disclosure occurs it will occur in a manner designed to maintain the confidentiality of the financial terms of this Settlement Agreement to the fullest extent possible. Finally, notwithstanding the foregoing, Defendant may disclose the specific financial terms of this Agreement for legal, accounting, and legitimate business purposes, in accordance with their usual business practice, and otherwise as required by law.

8.12     The Parties to this Settlement Agreement participated jointly in its negotiation and preparation. Accordingly, it is agreed that no rule of construction will apply against any Party or in favor of any Party, and any uncertainty or ambiguity will not be interpreted against one Party and in favor of the other.

8.13     The terms and conditions of this Settlement Agreement constitute the exclusive and final understanding and expression of all agreements between the Parties with respect to the resolution of the Action. Named Plaintiff, on her own behalf and on behalf of the Settlement Collective she represents, and Defendant accept entry of this Settlement Agreement based solely on its terms, and not in reliance upon any representations or promises other than those contained in this Settlement Agreement. This Settlement Agreement may be modified only by writing and signed by the original Named Plaintiff and by a duly authorized representative of Defendant and approved by the Court.

8.14    This Settlement Agreement and the attachments hereto contain the entire agreement between the Parties relating to the Settlement Agreement and transaction contemplated hereby, and all prior or contemporaneous agreements, understandings, representations, and statements, whether oral or written and whether by a party or a party's legal counsel, are merged in this Settlement Agreement. No rights may be waived except in writing. Notwithstanding the foregoing, however, nothing in this Settlement Agreement shall otherwise affect or alter the rights and obligations of the Parties or Settlement Collective Members.

8.15    This Settlement Agreement may be executed in one or more actual or electronically reproduced counterparts, all of which will be considered one and the same instrument and all of which will be considered duplicate originals.

8.16    In the event one or more of the provisions contained in this Settlement Agreement shall for any reason be held to be invalid, illegal, or unenforceable in any respect the same shall not affect any other provision of this Settlement Agreement but this Settlement Agreement shall be construed as if such invalid, illegal, or unenforceable provisions had never been contained herein.

8.17    This Settlement Agreement shall be binding upon the Parties and their respective heirs, trustees, executors, administrators, successors, and assigns.

8.18    In the event of conflict between this Settlement Agreement and any other document prepared pursuant to the settlement, the terms of the Settlement Agreement supersede and control. Captions in this Settlement Agreement are for convenience and do not in any way define, limit, extend, or describe the scope of this Agreement or any provision in it.

8.19    Named Plaintiff certifies that she has signed this Settlement Agreement voluntarily and knowingly in exchange for the consideration described herein, which she acknowledges is adequate and satisfactory. Named Plaintiff has been advised by Plaintiffs' Counsel and has consulted with Plaintiffs' Counsel before signing this Settlement Agreement; she has been given adequate time to review and consider this Settlement Agreement and to discuss it with Plaintiffs' Counsel; and neither Defendant nor any of the Releasees have made any representations to Named Plaintiff concerning the terms or effects of this Settlement Agreement other than those contained herein.

IN WITNESS WHEREOF, the Parties hereto have caused this Settlement Agreement to be executed.

**PLAINTIFFS' COUNSEL:**

DATED: __5/4/2023__

**PLAINTIFF:**

DATED: 05/04/2023

Diana Geary (May 4, 2023 11:35 PDT)

**DEFENDANT:**

DATED: _____          _____

**DEFENSE COUNSEL:**

DATED: _____          _____

# EXHIBIT A

| Exhibit A to Settlement Agreement | | | |
|---|---|---|---|
| *Diana Geary v. Consumer Cellular, Inc.* , Case No. 2:21-cv-00699-DLR (D. Ariz.) | | | |
| Full Name | Total Amount | W2 | 1099 | Service Award |
| Abshire, Kade | $152.00 | $76.00 | $76.00 | |
| Acevez, Brandon | $665.81 | $332.91 | $332.90 | |
| Acosta, Vanessa | $241.07 | $120.54 | $120.53 | |
| Adair, Cadynna | $707.86 | $353.93 | $353.93 | |
| Adams, Brittany | $288.80 | $144.40 | $144.40 | |
| Adler, Michael | $386.14 | $193.07 | $193.07 | |
| Ajiduro-Yanez, Aliyah | $51.34 | $25.67 | $25.67 | |
| Alexander, Anastasia | $49.60 | $24.80 | $24.80 | |
| Alexander, John | $60.80 | $30.40 | $30.40 | |
| Allison, Haleigh | $243.20 | $121.60 | $121.60 | |
| Alvarez Ramirez, Christopher | $23.86 | $11.93 | $11.93 | |
| Amin, Siham | $42.53 | $21.27 | $21.26 | |
| Andresen, Amanda K | $1,152.25 | $576.13 | $576.12 | |
| Anthony Jr, Robert | $297.46 | $148.73 | $148.73 | |
| Armstrong, Brandon | $491.40 | $245.70 | $245.70 | |
| Armstrong, Kobe | $253.33 | $126.67 | $126.66 | |
| Arnason, Jennifer | $30.40 | $15.20 | $15.20 | |
| Arrington, Sheldon | $8.66 | $4.33 | $4.33 | |
| Austin, Kathleen | $26.54 | $13.27 | $13.27 | |
| Banerjee, Tracy | $230.13 | $115.07 | $115.06 | |
| Baston - Cooper, Richard | $2.13 | $1.07 | $1.06 | |
| Batchan, Niah N. | $770.79 | $385.40 | $385.39 | |
| Bearup, Michael | $228.00 | $114.00 | $114.00 | |
| Beaty, Christy A | $76.18 | $38.09 | $38.09 | |
| Becerra, Zachary | $483.41 | $241.71 | $241.70 | |
| Bernard, Cheurice L | $373.46 | $186.73 | $186.73 | |
| Berry, Rachel | $32.53 | $16.27 | $16.26 | |
| Bilbruck, Mykaila Eva Marie | $1,007.61 | $503.81 | $503.80 | |
| Billig, Dana | $2.13 | $1.07 | $1.06 | |
| Bishop, Justise | $65.21 | $32.61 | $32.60 | |
| Blacher, Christopher | $587.21 | $293.61 | $293.60 | |
| Blacher, Jade | $705.20 | $352.60 | $352.60 | |
| Blanton, Shane | $31.87 | $15.94 | $15.93 | |
| Boakye, Amanda J | $51.34 | $25.67 | $25.67 | |
| Bogle, Tiffany Marie | $308.26 | $154.13 | $154.13 | |
| Bondurant, Aimee | $23.86 | $11.93 | $11.93 | |
| Book, Tina | $79.73 | $39.87 | $39.86 | |
| Boteilho, Malia R | $832.30 | $416.15 | $416.15 | |
| Bowers-Wilson, Samantha | $78.00 | $39.00 | $39.00 | |
| Bradley, Tameka E | $76.00 | $38.00 | $38.00 | |
| Brandt, Ralph | $113.34 | $56.67 | $56.67 | |
| Broady, Joanne M | $947.94 | $473.97 | $473.97 | |
| Brooks, Angelina | $26.54 | $13.27 | $13.27 | |
| Brown, Anthony | $262.26 | $131.13 | $131.13 | |

| | | | |
|---|---|---|---|
| Brown, Jamie | $19.47 | $9.74 | $9.73 |
| Brown, Otha | $207.20 | $103.60 | $103.60 |
| Buckalew, Asia R | $14.14 | $7.07 | $7.07 |
| Buentipo, Geaza | $332.80 | $166.40 | $166.40 |
| Burnett, Naijeannetta | $248.00 | $124.00 | $124.00 |
| Camire, Caryn | $1,002.59 | $501.30 | $501.29 |
| Campbell, Susan Marie | $439.33 | $219.67 | $219.66 |
| Cara, Matthew P | $166.53 | $83.27 | $83.26 |
| Carmichael, Emanuel | $324.14 | $162.07 | $162.07 |
| Carmody, Amy | $128.14 | $64.07 | $64.07 |
| Carraway, Anastasia | $79.73 | $39.87 | $39.86 |
| Carroll, Sandra | $579.73 | $289.87 | $289.86 |
| Carter, Gynell | $47.73 | $23.87 | $23.86 |
| Carter, Mitzy | $40.80 | $20.40 | $20.40 |
| Carter, Sierravon Bayon | $35.46 | $17.73 | $17.73 |
| Cervantez, Deborah A | $360.00 | $180.00 | $180.00 |
| Chan, Mang | $264.00 | $132.00 | $132.00 |
| Charles, Christopher | $5.33 | $2.67 | $2.66 |
| Charles, Connie | $5.33 | $2.67 | $2.66 |
| Chester, Calvin | $878.12 | $439.06 | $439.06 |
| Christensen, Donald N. | $436.99 | $218.50 | $218.49 |
| Clark, Junita | $26.54 | $13.27 | $13.27 |
| Clarke, Canon | $150.54 | $75.27 | $75.27 |
| Coleman, Shalice | $54.93 | $27.47 | $27.46 |
| Collay, Shawntoria | $1,113.01 | $556.51 | $556.50 |
| Colley, Dontrel | $223.20 | $111.60 | $111.60 |
| Conklin, William | $44.27 | $22.14 | $22.13 |
| Cooper, Cicely | $1.74 | $0.87 | $0.87 |
| Cottom Jr, Bryce | $63.74 | $31.87 | $31.87 |
| Crawford, Isaac | $78.13 | $39.07 | $39.06 |
| Cribbs, Alystra | $28.40 | $14.20 | $14.20 |
| Cummings, Edward | $844.66 | $422.33 | $422.33 |
| Dancer, Dedra | $53.20 | $26.60 | $26.60 |
| Darden, Asia | $310.00 | $155.00 | $155.00 |
| Davis, Calvin | $366.67 | $183.34 | $183.33 |
| Davis, David | $5.33 | $2.67 | $2.66 |
| Davis, Jeremiah | $108.53 | $54.27 | $54.26 |
| Davis, Kenneth | $52.14 | $26.07 | $26.07 |
| Davis, Robert | $40.80 | $20.40 | $20.40 |
| De La Rocha, Natalie | $141.21 | $70.61 | $70.60 |
| de Witt, Remy | $373.74 | $186.87 | $186.87 |
| Dever, Brian M | $199.73 | $99.87 | $99.86 |
| Dias, Cathleen A | $422.84 | $211.42 | $211.42 |
| Diaz, Lazara | $76.00 | $38.00 | $38.00 |
| Diaz, Miguel | $89.07 | $44.54 | $44.53 |
| Dickson, Keana | $38.94 | $19.47 | $19.47 |
| Dillow, Justine | $396.80 | $198.40 | $198.40 |

| | | | | |
|---|---|---|---|---|
| Doolin, Reilly | $58.67 | $29.34 | $29.33 | |
| Dozier, Tiawanna | $815.80 | $407.90 | $407.90 | |
| Dubisar, Michelle | $138.93 | $69.47 | $69.46 | |
| Durham, Suzette | $113.34 | $56.67 | $56.67 | |
| Duron, Ruben | $34.81 | $17.41 | $17.40 | |
| Eastern, Marissa Marie | $813.39 | $406.70 | $406.69 | |
| Eastling, Tiffany | $812.52 | $406.26 | $406.26 | |
| Eldridge, Justin | $214.93 | $107.47 | $107.46 | |
| Eppinger, Drew | $8.66 | $4.33 | $4.33 | |
| Evans, Robert | $30.40 | $15.20 | $15.20 | |
| Faatiliga, Kayla | $1.74 | $0.87 | $0.87 | |
| Fields, Brandon | $111.60 | $55.80 | $55.80 | |
| Fields, Tarikah | $193.07 | $96.54 | $96.53 | |
| Fitzpatrick, Darien | $299.34 | $149.67 | $149.67 | |
| Flores-Aguirre, Vanessa | $80.41 | $40.21 | $40.20 | |
| Ford, Damel | $193.07 | $96.54 | $96.53 | |
| Ford, Joshawn | $173.60 | $86.80 | $86.80 | |
| Forman, Brandy | $14.14 | $7.07 | $7.07 | |
| Fossum, Alexander | $386.14 | $193.07 | $193.07 | |
| Francis, Emily | $7.30 | $3.65 | $3.65 | |
| Gali, Isidro Thunderlightning | $269.19 | $134.60 | $134.59 | |
| Gallardo, Adriana | $1.74 | $0.87 | $0.87 | |
| Gallardo-Cervantes, Stephany | $51.34 | $25.67 | $25.67 | |
| Galor, Ryan | $74.40 | $37.20 | $37.20 | |
| Garcia, Damian | $90.40 | $45.20 | $45.20 | |
| Garcia, Iris | $65.21 | $32.61 | $32.60 | |
| Garcia, Marina | $76.14 | $38.07 | $38.07 | |
| Garrett, George | $78.13 | $39.07 | $39.06 | |
| Geary, Diana | $136.80 | $68.40 | $68.40 | $1,000.00 |
| Getter, Lexus | $1.74 | $0.87 | $0.87 | |
| Gifford, John E | $327.86 | $163.93 | $163.93 | |
| Gomez, Danisha | $373.46 | $186.73 | $186.73 | |
| Gonzalez, Cenobia M | $291.71 | $145.86 | $145.85 | |
| Gouba, Alyssa | $427.73 | $213.87 | $213.86 | |
| Graham, Jarred | $311.74 | $155.87 | $155.87 | |
| Granillo, Desirae | $37.20 | $18.60 | $18.60 | |
| Grant, Kenneth E | $44.27 | $22.14 | $22.13 | |
| Grant, Nicole | $142.59 | $71.30 | $71.29 | |
| Gray, Lawrence | $838.13 | $419.07 | $419.06 | |
| Grayson, Grant M | $1,067.22 | $533.61 | $533.61 | |
| Green, Ashley Renae | $814.26 | $407.13 | $407.13 | |
| Greene, Alexus | $45.60 | $22.80 | $22.80 | |
| Greene, Justin J | $118.67 | $59.34 | $59.33 | |
| Gross, Shanon | $369.21 | $184.61 | $184.60 | |
| Gudino, Catalina | $162.94 | $81.47 | $81.47 | |
| Guzman, Alicia | $30.40 | $15.20 | $15.20 | |
| Hallett, Ashlee | $108.53 | $54.27 | $54.26 | |

| | | | |
|---|---|---|---|
| Hamilton, Lori A | $247.61 | $123.81 | $123.80 |
| Harper, Christopher | $154.13 | $77.07 | $77.06 |
| Hartley, Bianca | $476.53 | $238.27 | $238.26 |
| Harvey, Takisha | $30.13 | $15.07 | $15.06 |
| Hasan, Abdul Aziz | $653.66 | $326.83 | $326.83 |
| Hastings, Brian | $31.87 | $15.94 | $15.93 |
| Hatcher, Randi | $388.66 | $194.33 | $194.33 |
| Hawkins, Tressa | $129.79 | $64.90 | $64.89 |
| Hayes, Austin | $26.54 | $13.27 | $13.27 |
| Haywood, Jakiba | $403.87 | $201.94 | $201.93 |
| Hazen, Brandy | $93.09 | $46.55 | $46.54 |
| Heaton, Claurice | $160.52 | $80.26 | $80.26 |
| Hedges, Abigail Marie | $4,533.28 | $2,266.64 | $2,266.64 |
| Hedges, Karen A | $1,560.40 | $780.20 | $780.20 |
| Henderson, Avery | $7.07 | $3.54 | $3.53 |
| Herrera Chavez, Erick | $56.67 | $28.34 | $28.33 |
| Herrera Siniscalchi, Rylie Ann | $195.47 | $97.74 | $97.73 |
| Herron, Misty | $85.06 | $42.53 | $42.53 |
| Hess, Julie | $140.00 | $70.00 | $70.00 |
| Hill, La'Dreama A | $85.06 | $42.53 | $42.53 |
| Hinds, Jacob | $17.73 | $8.87 | $8.86 |
| Hirsch, Lisa | $490.81 | $245.41 | $245.40 |
| Hoaglund, Jesse | $4.41 | $2.21 | $2.20 |
| Hobson, Katherine | $234.54 | $117.27 | $117.27 |
| Holdren, David | $487.58 | $243.79 | $243.79 |
| Holliday, Felicia | $102.80 | $51.40 | $51.40 |
| Holub, Cynthia | $341.87 | $170.94 | $170.93 |
| Honeyestewa, Marschelle | $270.59 | $135.30 | $135.29 |
| Hooks, Jamar | $1.74 | $0.87 | $0.87 |
| Howard, Tasha | $19.47 | $9.74 | $9.73 |
| Hubbard, Ramia | $348.94 | $174.47 | $174.47 |
| Hubeny, Sara | $837.81 | $418.91 | $418.90 |
| Hudson, Tenea | $526.59 | $263.30 | $263.29 |
| Huneycutt, Cody | $171.86 | $85.93 | $85.93 |
| Hunt, Sara Jazzmine | $78.00 | $39.00 | $39.00 |
| Hutchinson, Patrick | $67.34 | $33.67 | $33.67 |
| Hydorn, Michelle | $8.66 | $4.33 | $4.33 |
| James, Aquila | $1,142.60 | $571.30 | $571.30 |
| Jasso, Imogene | $88.54 | $44.27 | $44.27 |
| Jenkins, Chantelle | $100.94 | $50.47 | $50.47 |
| Jensen, Makeda | $51.34 | $25.67 | $25.67 |
| Jensen, Michelle | $121.60 | $60.80 | $60.80 |
| Jerand, Joseph | $193.07 | $96.54 | $96.53 |
| Johnson, Elizabeth | $62.93 | $31.47 | $31.46 |
| Johnson, Erin | $184.53 | $92.27 | $92.26 |
| Johnson, Jerry | $262.14 | $131.07 | $131.07 |
| Johnson, Natalie | $542.00 | $271.00 | $271.00 |

| | | | |
|---|---|---|---|
| Johnson, Tami | $205.47 | $102.74 | $102.73 |
| Johnson, Tanya L. | $647.06 | $323.53 | $323.53 |
| Johnson, Taylor | $1.74 | $0.87 | $0.87 |
| Johnson, Victoria | $65.21 | $32.61 | $32.60 |
| Johnston, Tonya | $39.06 | $19.53 | $19.53 |
| Jones, Andre | $310.00 | $155.00 | $155.00 |
| Jones, Diana | $152.40 | $76.20 | $76.20 |
| Jones, Dominic | $54.26 | $27.13 | $27.13 |
| Jones, Ebony | $744.28 | $372.14 | $372.14 |
| Jones, Isaac | $69.07 | $34.54 | $34.53 |
| Jordan, James | $304.00 | $152.00 | $152.00 |
| Jordan, Jerome | $108.53 | $54.27 | $54.26 |
| Keating, Virginia | $175.86 | $87.93 | $87.93 |
| Kelly, Theodore | $5.33 | $2.67 | $2.66 |
| Kennedy, Thomas | $19.47 | $9.74 | $9.73 |
| Keye, Sedrick | $73.87 | $36.94 | $36.93 |
| Kimbrough, Jennifer | $26.54 | $13.27 | $13.27 |
| King, Corey | $84.66 | $42.33 | $42.33 |
| King, Cynthia | $207.20 | $103.60 | $103.60 |
| King, Matthew P | $1,318.63 | $659.32 | $659.31 |
| Kinney, Felicia | $3.60 | $1.80 | $1.80 |
| Kite, Jaime | $350.80 | $175.40 | $175.40 |
| Koichy, Billy | $52.14 | $26.07 | $26.07 |
| Koski, Kathleen | $822.28 | $411.14 | $411.14 |
| Kramberg, Adrienne | $1,030.83 | $515.42 | $515.41 |
| Kuenne, Kayla | $90.40 | $45.20 | $45.20 |
| Laroya, Michelle N | $1.74 | $0.87 | $0.87 |
| Lawhorne, Ashley | $161.20 | $80.60 | $80.60 |
| Lee, Darielle | $173.74 | $86.87 | $86.87 |
| Lee, Earl | $184.53 | $92.27 | $92.26 |
| Levon, Marolyn D | $571.06 | $285.53 | $285.53 |
| Lewis, Alvin | $91.20 | $45.60 | $45.60 |
| Livingston, Christopher J | $40.80 | $20.40 | $20.40 |
| Lockett, Denesha | $7.07 | $3.54 | $3.53 |
| Lopez, Emanuel | $3.60 | $1.80 | $1.80 |
| Lyons, Saleemah | $366.93 | $183.47 | $183.46 |
| Magee Manning, Alma D | $400.59 | $200.30 | $200.29 |
| Manzanedo, Carolyn | $762.13 | $381.07 | $381.06 |
| Marotta, Cherie Ann | $416.94 | $208.47 | $208.47 |
| Marshall, Courtney | $34.81 | $17.41 | $17.40 |
| Marshall, Deja | $65.21 | $32.61 | $32.60 |
| Martin, LaTishia J | $552.84 | $276.42 | $276.42 |
| Martin, Zackery | $228.00 | $114.00 | $114.00 |
| Martinez, Carolyn | $62.93 | $31.47 | $31.46 |
| Martinez, Maika | $78.00 | $39.00 | $39.00 |
| Matus, George | $27.39 | $13.70 | $13.69 |
| Mauk, Jacqueline Edwina | $3.60 | $1.80 | $1.80 |

| | | | |
|---|---|---|---|
| Mayo Porter, Shawntay | $224.94 | $112.47 | $112.47 |
| McBride, Rhonda | $16.00 | $8.00 | $8.00 |
| Mcclain, Katrina | $67.33 | $33.67 | $33.66 |
| Mccullum, Timothy | $6.54 | $3.27 | $3.27 |
| McCune, Justin Danforth | $492.07 | $246.04 | $246.03 |
| McIntyre, Felicia R | $143.47 | $71.74 | $71.73 |
| McPeak, Randall R | $159.46 | $79.73 | $79.73 |
| Meilleur, Sarah Cheyenne | $854.20 | $427.10 | $427.10 |
| Melancon, Seth | $79.73 | $39.87 | $39.86 |
| Merhoff, Selena | $91.20 | $45.60 | $45.60 |
| Metcalf, Ashley | $202.01 | $101.01 | $101.00 |
| Meyer, Jennifer | $70.80 | $35.40 | $35.40 |
| Miguel, Derec | $30.13 | $15.07 | $15.06 |
| Miller, Autumn | $38.94 | $19.47 | $19.47 |
| Miller, Karina | $34.81 | $17.41 | $17.40 |
| Molina, Michelangelo | $17.73 | $8.87 | $8.86 |
| Moody, Robert | $39.06 | $19.53 | $19.53 |
| Moore-Windom, Ebony | $51.34 | $25.67 | $25.67 |
| Moosman, Kolleen | $113.34 | $56.67 | $56.67 |
| Moreno, Raymond | $352.53 | $176.27 | $176.26 |
| Mueller, Dallin | $296.21 | $148.11 | $148.10 |
| Muhammad, Tariq | $147.59 | $73.80 | $73.79 |
| Muldrow, Brian | $523.01 | $261.51 | $261.50 |
| Nelson, Herbert | $214.93 | $107.47 | $107.46 |
| Newsom West, Christina A | $154.13 | $77.07 | $77.06 |
| Notarile, Timothy | $40.80 | $20.40 | $20.40 |
| Obele, Jideofor | $160.66 | $80.33 | $80.33 |
| Odoms, Paishzja O | $282.26 | $141.13 | $141.13 |
| O'Hara, Marian | $490.81 | $245.41 | $245.40 |
| Olson, Casey | $158.54 | $79.27 | $79.27 |
| Oosahwe, Keokuk | $39.06 | $19.53 | $19.53 |
| Oros, Misty | $62.00 | $31.00 | $31.00 |
| Ortega, Christopher | $115.20 | $57.60 | $57.60 |
| Ortiz Garcia, Cristina | $261.50 | $130.75 | $130.75 |
| Paes, Christofer | $93.87 | $46.94 | $46.93 |
| Parra, Vanessa | $177.20 | $88.60 | $88.60 |
| Pauley, Amanda | $141.21 | $70.61 | $70.60 |
| Pax-Shipley, Mary | $3,340.26 | $1,670.13 | $1,670.13 |
| Penton, Michelle | $278.01 | $139.01 | $139.00 |
| Perez, Carlos | $102.80 | $51.40 | $51.40 |
| Perkins, Courtney | $85.06 | $42.53 | $42.53 |
| Pickney, Jondel | $334.59 | $167.30 | $167.29 |
| Pleas, Michael | $108.00 | $54.00 | $54.00 |
| Pleasant, Bernadette | $17.73 | $8.87 | $8.86 |
| Polk, Joseph | $70.80 | $35.40 | $35.40 |
| Pollak, Connor | $23.86 | $11.93 | $11.93 |
| Porr, Ginger | $158.54 | $79.27 | $79.27 |

| | | | |
|---|---|---|---|
| Powell, Belinda | $1,131.50 | $565.75 | $565.75 |
| Prince, Marisa | $228.53 | $114.27 | $114.26 |
| Pryor, Sarah | $62.00 | $31.00 | $31.00 |
| Ramirez, Juan | $92.13 | $46.07 | $46.06 |
| Ramirez, Maria Candelaria | $62.00 | $31.00 | $31.00 |
| Ramos, Jermell | $30.13 | $15.07 | $15.06 |
| Raney, Trystin S | $352.53 | $176.27 | $176.26 |
| Rawlings, Darryl | $17.73 | $8.87 | $8.86 |
| Reed, Angela | $89.07 | $44.54 | $44.53 |
| Reed, Tralesha | $125.74 | $62.87 | $62.87 |
| Reyna, Eliseo Antonio | $379.07 | $189.54 | $189.53 |
| Reynolds, Jamie | $187.74 | $93.87 | $93.87 |
| Rhodes, Annetta | $232.00 | $116.00 | $116.00 |
| Riffel, Nicolette | $51.34 | $25.67 | $25.67 |
| Ritchie, Christopher | $155.87 | $77.94 | $77.93 |
| Robins, Shehonie | $315.33 | $157.67 | $157.66 |
| Robinson, Cherise D | $232.00 | $116.00 | $116.00 |
| Rodberg, Aaron | $366.93 | $183.47 | $183.46 |
| Romero, Paul | $69.07 | $34.54 | $34.53 |
| Rule, D'andre | $99.86 | $49.93 | $49.93 |
| Rumley, Samantha | $299.34 | $149.67 | $149.67 |
| Russell, Briana | $816.39 | $408.20 | $408.19 |
| Ryan, Kayla Marie | $832.30 | $416.15 | $416.15 |
| Sacco, Nichole | $99.20 | $49.60 | $49.60 |
| Saler, Cheryl | $975.41 | $487.71 | $487.70 |
| Sanchez, Erik | $123.73 | $61.87 | $61.86 |
| Sandiford, Aamira | $62.00 | $31.00 | $31.00 |
| Schaffer, Echo | $5.33 | $2.67 | $2.66 |
| Schindler, Christina | $167.20 | $83.60 | $83.60 |
| Schultz, Tamara | $168.27 | $84.14 | $84.13 |
| Scott, Brittany | $53.20 | $26.60 | $26.60 |
| Scott, Wesley | $95.61 | $47.81 | $47.80 |
| Scroggins, Andre | $265.40 | $132.70 | $132.70 |
| Serrano, Jorge | $243.20 | $121.60 | $121.60 |
| Shaw, Nichole | $104.27 | $52.14 | $52.13 |
| Shepard, Latoya | $180.27 | $90.14 | $90.13 |
| Shoulders, Tatiana | $386.14 | $193.07 | $193.07 |
| Simmons, Marc | $95.61 | $47.81 | $47.80 |
| Simonsen, Tracey | $175.34 | $87.67 | $87.67 |
| Smith, Carina | $518.34 | $259.17 | $259.17 |
| Smith, Donald J | $113.34 | $56.67 | $56.67 |
| Smith, Dontae M | $44.27 | $22.14 | $22.13 |
| Smith, Edward L | $311.74 | $155.87 | $155.87 |
| Smith, Leslie | $292.27 | $146.14 | $146.13 |
| Smith, Roneasa | $297.60 | $148.80 | $148.80 |
| Smith, Thomas J | $628.54 | $314.27 | $314.27 |
| Smith, Tian | $214.40 | $107.20 | $107.20 |

| | | | |
|---|---|---|---|
| Smith-Schwarz, Melissa | $162.94 | $81.47 | $81.47 |
| Sonnet, Kandi | $177.20 | $88.60 | $88.60 |
| Sorensen, Grace | $90.40 | $45.20 | $45.20 |
| Standifer, Dushawn L | $326.40 | $163.20 | $163.20 |
| Standring, Kelsie Rae | $388.00 | $194.00 | $194.00 |
| Steece, Alexander | $751.34 | $375.67 | $375.67 |
| Sterrett, Mekendra C | $8.21 | $4.11 | $4.10 |
| Stewart, Lashonda | $49.60 | $24.80 | $24.80 |
| Stewart, Reginald | $716.53 | $358.27 | $358.26 |
| Stuckey, Skylar | $23.86 | $11.93 | $11.93 |
| Sturgis, LaTasha C | $92.13 | $46.07 | $46.06 |
| Summers, Royal | $580.80 | $290.40 | $290.40 |
| Swartz, Harmony | $534.13 | $267.07 | $267.06 |
| Sweatt, Shirley | $17.33 | $8.67 | $8.66 |
| Taylor, Amariann | $7.07 | $3.54 | $3.53 |
| Taylor, Briana | $84.66 | $42.33 | $42.33 |
| Thomas, Dorisha | $26.54 | $13.27 | $13.27 |
| Thompson, Lionel | $350.80 | $175.40 | $175.40 |
| Tilford, Arnesse | $95.61 | $47.81 | $47.80 |
| Tolliver, Demetrius R | $100.94 | $50.47 | $50.47 |
| Torres, Matthew | $169.33 | $84.67 | $84.66 |
| Townes, Jessica | $3.60 | $1.80 | $1.80 |
| Trueheart, Jasmen | $32.53 | $16.27 | $16.26 |
| Tsosie, Kirkson | $51.34 | $25.67 | $25.67 |
| Tucker, Patryce E | $53.20 | $26.60 | $26.60 |
| Turnage, Dylan R | $177.20 | $88.60 | $88.60 |
| Turner, Justin | $145.20 | $72.60 | $72.60 |
| Turner, Tony | $37.20 | $18.60 | $18.60 |
| Turner, Tyree Lajuan | $267.41 | $133.71 | $133.70 |
| Tyree, Amanda | $23.86 | $11.93 | $11.93 |
| Ullmann, Don | $80.41 | $40.21 | $40.20 |
| Vargas, Chanel | $113.34 | $56.67 | $56.67 |
| Vasquez, Maricarmen | $76.00 | $38.00 | $38.00 |
| Veale, DaRay L | $67.33 | $33.67 | $33.66 |
| Velazquez, Tammy | $248.00 | $124.00 | $124.00 |
| Vickers, Diana | $118.67 | $59.34 | $59.33 |
| Villa, Tia | $32.53 | $16.27 | $16.26 |
| Vitale, Lora | $8.66 | $4.33 | $4.33 |
| Vuong, Nam | $184.70 | $92.35 | $92.35 |
| Waggoner, Jessica | $319.20 | $159.60 | $159.60 |
| Waldron, Alex | $136.80 | $68.40 | $68.40 |
| Walker, Alexis | $2.13 | $1.07 | $1.06 |
| Walton, Chanell | $173.60 | $86.80 | $86.80 |
| Walz, Stephanie | $386.14 | $193.07 | $193.07 |
| Ward, Latoya | $51.34 | $25.67 | $25.67 |
| Ward, Zack | $17.73 | $8.87 | $8.86 |
| Ware, Velina | $157.60 | $78.80 | $78.80 |

| | | | |
|---|---|---|---|
| Webb, Robin | $7.07 | $3.54 | $3.53 |
| Wechsler, Joseph | $197.60 | $98.80 | $98.80 |
| Weldon, Celeste | $236.66 | $118.33 | $118.33 |
| Wells, Chelsea | $97.74 | $48.87 | $48.87 |
| White Gray, Nattoya | $793.61 | $396.81 | $396.80 |
| Wiese, Amanda | $868.53 | $434.27 | $434.26 |
| Wildey, Jeffrey J. | $833.86 | $416.93 | $416.93 |
| Wilkes, Nathan | $340.94 | $170.47 | $170.47 |
| Wilkins, Brittany | $74.40 | $37.20 | $37.20 |
| Williams, Akeisha N | $138.93 | $69.47 | $69.46 |
| Williams, Danielle | $143.47 | $71.74 | $71.73 |
| Williams, Deserai | $54.93 | $27.47 | $27.46 |
| Williams, Jessica | $45.60 | $22.80 | $22.80 |
| Williams, Michelle | $251.86 | $125.93 | $125.93 |
| Williams, Michelle | $853.33 | $426.67 | $426.66 |
| Williams, Shania | $437.60 | $218.80 | $218.80 |
| Willis, Edker Dewayne | $42.53 | $21.27 | $21.26 |
| Willoughby, Linda S | $712.27 | $356.14 | $356.13 |
| Wilson, Brielle | $49.60 | $24.80 | $24.80 |
| Wilson, Melanie | $30.13 | $15.07 | $15.06 |
| Wilson, Stephen | $626.18 | $313.09 | $313.09 |
| Winfield, Jayda | $251.60 | $125.80 | $125.80 |
| Winslow, Travis | $150.54 | $75.27 | $75.27 |
| Womer, Kimberly | $432.14 | $216.07 | $216.07 |
| Woods, Quashe | $2.13 | $1.07 | $1.06 |
| Works, Charisma | $4.41 | $2.21 | $2.20 |
| Wynn, Allandra | $311.74 | $155.87 | $155.87 |
| Zent, Patricia | $4.41 | $2.21 | $2.20 |

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diana Geary, individually and on behalf of all similarly situated individuals,<br><br>        Plaintiff,<br><br>v.<br><br>Consumer Cellular, Inc.,<br><br>        Defendant. | Case No.: 2:21-cv-00699-DLR<br><br><br>**NOTICE OF COLLECTIVE ACTION SETTLEMENT** |

## 1. <u>INTRODUCTION.</u>

This Notice is to inform you that the collective action lawsuit you joined against Consumer Cellular, Inc. ("Defendant") for alleged unpaid overtime wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq.* has been resolved (the "Settlement"). This Notice will advise you of how your rights may be affected by the Settlement. **Enclosed with this Notice is your payment for alleged unpaid wages.**

## 2. <u>WHAT IS INCLUDED IN THE SETTLEMENT?</u>

Defendant has agreed to pay a lump sum amount for alleged unpaid wages to Plaintiffs, a service payment to Diana Geary (for initiating and participating in the Action and helping to negotiate the Settlement), and Plaintiffs' Counsel's Court-approved attorneys' fees and costs.

## 3. <u>HOW MUCH IS MY SETTLEMENT PAYMENT?</u>

**Enclosed with this Notice is your payment for alleged unpaid wages.** Your settlement payment is based on your tenure with Defendant during the Covered Period, your overtime rate of pay, and the same number of alleged unpaid minutes per workday for each person. The Covered Period is April 22, 2018 to April 22, 2021.

## 4. <u>WHAT IS THE EFFECT OF THIS SETTLEMENT?</u>

In consideration for Defendant's payment of the settlement amounts, Settlement Collective members ("Plaintiffs") shall release the Releasees from all claims under common law contract, tort, or other law, as well as all claims under federal, state, local, or foreign laws, related to, any wage and hour, overtime, benefits or other claims based on the Plaintiffs' alleged uncompensated boot-up and log-in time and any other claim

allegedly arising from Plaintiffs' alleged uncompensated boot-up and log-in time.[1] This release covers any further attempt, by lawsuit, administrative claim or action, arbitration, demand, or other action of any kind by each and all of the Settlement Collective, including participation to any extent in any pending or future class, collective, or representative action, to obtain a recovery based on the claims released in this Section.

5.  **WHAT HAPPENS IF I DO NOT DEPOSIT OR CASH MY SETTLEMENT PAYMENT?**

You have 120 days after the issuance (not receipt) of your settlement payment to cash or deposit your check. **If your settlement check is not cashed or deposited within that period, the checks will be void.** Any Plaintiff whose checks were not cashed or deposited will be deemed to have waived irrevocably any right or claim to his or her payment, but the release of claims nevertheless will be binding upon the Plaintiff.

6.  **WILL MY SETTLEMENT PAYMENT BE SUBJECT TO TAX WITHHOLDING?**

Half of the settlement payment is allocated as wages (IRS Form W-2) income. This half of the settlement payment will be subject to ordinary payroll taxes and withholdings will be deducted. The remaining half of the settlement payment is allocated as non-wages and will not be subject to employment withholdings (IRS Form 1099). If you have questions about taxes, then you should consult a professional tax preparer. Plaintiffs' Counsel cannot provide tax advice.

7.  **COUNSEL FOR PLAINTIFFS.**

Counsel for Plaintiffs are attorneys with the law firms of Johnson Becker, PLLC and Begam Marks & Traulsen, P.A. Their addresses and telephone numbers are:

Jacob R. Rusch                          Richard P. Traulsen
Zackary S. Kaylor                       **Begam Marks & Traulsen, P.A.**
**Johnson Becker, PLLC**                 11201 North Tatum Blvd.
444 Cedar Street, Suite 1800            Suite 110
St. Paul, Minnesota 55101               Phoenix, Arizona 85028-6037
Telephone: (800) 279-6386               Telephone: 602-254-6071
jrusch@johnsonbecker.com                rtraulsen@BMT-law.com
zkaylor@johnsonbecker.com

---

[1] Releasees means Consumer Cellular, Incorporated and any and all current and former parents, subsidiaries, related companies or entities, partnerships, joint ventures, or other affiliates, and, with respect to each of them, all of their predecessors and successors, benefits plans and programs, insurers, contractors, subcontractors, successors, and assigns, and, with respect to each such entity, any and all of its past, present, and future employees, trustees, officers, directors, stockholders, owners, representatives, assigns, attorneys, administrators, fiduciaries, agents, insurers, trustees, and any other persons acting by, though, under, or in concert with any of these persons or entities and their successors and assigns.