IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diana Geary,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Consumer Cellular Incorporated,<br><br>　　　　　Defendant. | No. CV-21-00699-PHX-DLR<br><br>**ORDER** |

　　　　The Court having reviewed the parties' Joint Motion to Approve Settlement Agreement (Doc. 91), all of the submissions and arguments with respect to the Joint Motion, the Settlement Agreement, and for good cause appearing,

　　　　**IT IS ORDERED** that the parties' joint motion is GRANTED as follows:

　　　　1.　　The Court finds the Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over wages allegedly allowed under the Fair Labor Standards Act. The Settlement Agreement is approved and is binding on all parties, including the Named Plaintiff, all Opt-in Plaintiffs, and Defendant, as defined in the Settlement Agreement and this Order. The Settlement is approved with respect to the Named Plaintiffs and Opt-in Plaintiffs who have filed an opt-in consent form with the Court in this Action and is binding on all of them as defined in the Settlement Agreement and this Order. The terms of the parties' Settlement Agreement are incorporated by reference into this Order.

　　　　2.　　The Service Award to Named Plaintiff Geary of $1,000.00 as stated in the Settlement Agreement is approved.

3. Plaintiffs' Counsel's request for attorneys' fees and litigation expenses as stated in the Settlement Agreement is approved.

4. The form, content, and distribution method of the parties' proposed settlement notice is approved.

5. The parties are directed to implement the Settlement Agreement in accordance with its terms.

6. This matter is DISMISSED WITH PREJUDICE, with each party to bear his, her, or its own fees and costs, except as set forth in the Settlement Agreement.

7. The Court shall retain jurisdiction with respect to the interpretation, implementation, and enforcement of the terms of the parties' Settlement Agreement and all orders and judgments entered in connection therewith.

8. The Court hereby enters Judgment approving the terms of the Settlement Agreement. This Order shall constitute a final judgment for purposes of Fed. R. Civ. P. 58.

9. The Clerk is directed to vacate all deadlines and hearings, and close this case.

Dated this 9th day of May, 2023.

Douglas L. Rayes
United States District Judge